**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-7721**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

SREEDHAR POTARAZU,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Anthony John Trenga, Senior District Judge.  (1:16-cr-00261-AJT-1)

Submitted:  June 30, 2023                          Decided:  July 10, 2023

Before WYNN and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Sreedhar Potarazu, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sreedhar Potarazu appeals the district court's order denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) or, alternatively, for a judicial recommendation for home confinement.  We have reviewed the record and found no reversible error in the district court's exercise of its discretion to deny relief.  *See United States v. Bethea*, 54 F.4th 826, 831 (4th Cir. 2022) (standard of review).  Accordingly, we affirm the district court's order.  *United States v. Potarazu*, No. 1:16-cr-00261-AJT-1 (E.D. Va. filed Nov. 29, 2021 & entered Nov. 30, 2021).  We deny Potarazu's motions for appointment of counsel and to compel.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*